United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-11459-elf
Leonard A. Murphy                                                       Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2            Date Rcvd: Aug 22, 2018
                              Form ID: pdf900           Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2018.
```
db             +Leonard A. Murphy,    6341 Chester Avenue,    Philadelphia, PA 19142-1421
14067807      ++AARON S INC,    PO BOX 100039,    KENNESAW GA 30156-9239
               (address filed with court: Aaron's Sales & Lease Ownership,     1015 Cobb Place Boulevard,
                 Kennesaw, GA 30156)
14067809       +Asset Recovery Solutions, LLC,    2200 E. Devon Avenue,    Suite 200,
                 Des Plaines, IL 60018-4501
14067810      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     P.O. Box 982238,    El Paso, TX 79998)
14067811       +Blatt, Hasenmiller, et al.,    1835 Market Street,    Suite 501,    Philadelphia, PA 19103-2933
14067812        Comcast Cable,    P.O. Box 3005,    Southeastern, PA 19398-3005
14067813       +Convergent Outsourcing, Inc.,    800 SW 39th Street,    P.O. Box 9004,    Renton, WA 98057-9004
14067804       +David B. Spitofsky, Esquire,    Law Office of David B. Spitofsky,     516 Swede Street,
                 Norristown, PA 19401-4807
14067815        Dynamic Recovery Solutions,    P.O. Box 25759,    Greenville, SC 29616-0759
14067817        First Premier Bank,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
14067818        I.C. Systems Collections,    P.O. Box 64378,    Saint Paul, MN 55164-0378
14092223       +KML Law Group, P.C.,    Atty for M&T Bank,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14067819       +KML Law Group, P.C.,    Suite 5000 Mellon Indep. Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538
14067820       +Locker Room Storage,    2001 W. Erie Avenue,    Philadelphia, PA 19140-3928
14067823       +MRS BPO, L.L.C.,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
14067824       +PA Child Support Enforcement,    34 S. 11th Street,    Philadelphia, PA 19107-3623
14067825       +Paprina Hughey,    322 Bayard Road,    Upper Darby, PA 19082-4715
14100469       +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
14067827        Progressive Insurance Company,    P.O. Box 7247-0311,    Philadelphia, PA 19170-0311
14067831      ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court: T-Mobile,     P.O. Box 742596,    Cincinnati, OH 45274-2596)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 23 2018 01:54:23      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 23 2018 01:54:18      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14067808       +E-mail/Text: roy.buchholz@allianceoneinc.com Aug 23 2018 01:53:48      Alliance One Rec. Mgt, Inc.,
                 4850 Street Road, Level C,    Trevose, PA 19053-6600
14182767        E-mail/Text: megan.harper@phila.gov Aug 23 2018 01:54:23      City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
14067814       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 23 2018 01:54:38      Credit Collection Sevices,    P.O. Box 607,    Norwood, MA 02062-0607
14067816       +E-mail/Text: bknotice@ercbpo.com Aug 23 2018 01:54:13      Enhanced Recovery Corporation,
                 P.O. Box 57547,    Jacksonville, FL 32241-7547
14067806       +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 23 2018 01:54:11      Frederic J. Baker, Esquire,
                 Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
14103585        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 23 2018 01:59:03
                 LVNV Funding, LLC its successors and assigns as,     assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14067821        E-mail/Text: camanagement@mtb.com Aug 23 2018 01:53:53      M&T Bank,    One Fountain Plaza,
                 Buffalo, NY 14203
14105491        E-mail/Text: camanagement@mtb.com Aug 23 2018 01:53:53      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
14091775       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 23 2018 01:54:10      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
14067822       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 23 2018 01:54:10      Midland Funding, LLC,
                 2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
14067826       +E-mail/Text: bankruptcygroup@peco-energy.com Aug 23 2018 01:53:53      PECO Energy Company,
                 N3-2, Accounts Receivable Grp,    2301 Market Street,    Philadelphia, PA 19103-1338
14085949       +E-mail/Text: bankruptcygroup@peco-energy.com Aug 23 2018 01:53:53      PECO Energy Company,
                 2301 Market Street,    S4-1,   Philadelphia, PA 19103-1380
14073109        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 23 2018 01:54:01
                 Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
14100710       +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 23 2018 01:54:16      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,     Po Box 7999,    Saint Cloud Mn 56302-7999
14067828        E-mail/Text: bmg.bankruptcy@centurylink.com Aug 23 2018 01:54:14      Sprint,    P.O. Box 6419,
                 Carol Stream, IL 60197-6419
14067829       +E-mail/Text: bankruptcy@sw-credit.com Aug 23 2018 01:54:11      SW Credit Systems,
                 4120 International Parkway,    Suite 100,    Carrollton, TX 75007-1958
14067830       +E-mail/Text: bankruptcy@sccompanies.com Aug 23 2018 01:54:43      Swiss Colony,
                 1515 S. 21st Street,    Clinton, IA 52732-6676
```

```
District/off: 0313-2          User: Stacey                Page 2 of 2                   Date Rcvd: Aug 22, 2018
                              Form ID: pdf900             Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14067832         E-mail/Text: megan.harper@phila.gov Aug 23 2018 01:54:23      Water Revenue Bureau,
                  1401 JFK Boulevard,   Philadelphia, PA 19102-1663
                                                                                               TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
14067805*       +Leonard A. Murphy,   6341 Chester Avenue,   Philadelphia, PA 19142-1421
14073113*        Pennsylvania Department of Revenue,   Bankruptcy Division, PO Box 280946,
                  Harrisburg PA 17128-0946
                                                                                    TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2018 at the address(es) listed below:
```
              DAVID B. SPITOFSKY    on behalf of Debtor Leonard A. Murphy spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    LEONARD A. MURPHY, | : | |
|           Debtor(s) | : | Bky. No.  18-11459 ELF |

## ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date:  August 22, 2018**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**