UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| LEONARD A. MURPHY | : | |
| | : | |
| DEBTOR | : | NO. 18-11459 (ELF) |

**CERTIFICATE OF NO RESPONSE**

    I, David B. Spitofsky, Esquire, hereby certify that as of this date, September 13, 2018, neither an objection to the proposed compensation of debtor's counsel nor another application for administrative expense has been filed.

September 13, 2018

/s/ David B. Spitofsky
David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401
Phone No. (610) 272-4555
Fax No. (610) 272-2961
Email: spitofskylaw@verizon.net